UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STACEY PARKS,**

      **Plaintiff,**

**v.**                                                   **Case No: 6:15-cv-707-Orl-41KRS**

**NATIONSTAR MORTGAGE LLC,**

      **Defendant.**

/

**ORDER**

THIS CAUSE is before the Court on United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 4), wherein Judge Spaulding recommends that this case be dismissed without prejudice for lack of subject-matter jurisdiction. After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on May 26, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Parties